# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136217

MARK ANDERSON,

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

SC: 136217
CoA: 281128

_____

On order of the Chief Justice, plaintiff-appellant having failed to pay the entry fee, the application for leave to appeal is dismissed.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2008

_____
Clerk

jm